# United States District Court
# For The Western District of North Carolina
# Statesville Division

DONALD LEE RICE,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                            5:11CV128

BEVERLY PERDUE, KEITH WHITENER and ROBERT C. LEWIS,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                            Signed: October 24, 2011

*[Signature]*

Frank G. Johns, Clerk
United States District Court