# United States District Court
# For The Western District of North Carolina
# Statesville Division

DONALD LEE RICE,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                               5:11CV128

BEVERLY PERDUE, KEITH WHITENER and ROBERT C. LEWIS,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                                  Signed: October 24, 2011

                                                  *Frank G. Johns*

                                                  Frank G. Johns, Clerk
                                                  United States District Court